IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

KURT ALBRIGHT,

    Plaintiff,

v.

                                    Case No. 19-C-673

ANDREW SAUL, Commissioner for Social Security,

    Defendant.

## ORDER

The parties have reached agreement and have submitted a Stipulated Motion to an Award of Attorney Fees for 30.20 hours of attorney time and 8.7 hours of paralegal time. Based upon the Stipulated Motion and the Court's finding that the fees incurred are both reasonable and necessary and qualify under the EAJA,

**IT IS HEREBY ORDERED** that an award of attorney fees in the sum of $6,469.39 shall be paid by Defendant in full satisfaction and settlement of any and all claims Plaintiff may have pursuant to the EAJA. These fees are awarded to Plaintiff and not his attorney and can be offset to satisfy pre-existing debts that the litigant owes the United States under *Astrue v. Ratliff*, 130 S. Ct. 2521, 177 L. Ed 2d 9 (2010). If counsel for the parties verify that Plaintiff owes no pre-existing debt subject to offset, the Defendant shall direct that the award be made payable to Plaintiff's attorney pursuant to the EAJA assignment duly signed by Plaintiff and counsel.

Dated this 18th day of February, 2021, at Green Bay, Wisconsin.

                                                    s/ William C. Griesbach
                                                    William C. Griesbach
                                                    United States District Judge